**TRANSCRIPT ORDER FORM (1947-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: Western District of Texas  
District Court Docket No.: 3-19-CR-1019-LS-2  
Short Case Title: USA v. Ethan Sturgis Day  

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: ERO  

Date Notice of Appeal Filed in the District Court: July 8, 2025  
Court of Appeals No.: 25-50534  

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 4/17/2019 | Detention Hearing | Miguel Torres |
| 5/21/2019 | Initial Appearance | Robert F. Castaneda |
| 5/28/2019 | Detention Hearing | Robert F. Castaneda |
| 9/10/2019 | Motion Hearing | Robert F. Castaneda |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;  ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Felix Valenzuela  
Date Transcript Ordered: 8/13/2025  
Print Name: Felix Valenzuela  
Phone: 915-209-2719  
Counsel for: Ethan Sturgis Day  
Address: 701 Magoffin Avenue  
Email of Attorney: felix@valenzuela-law.com  

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____