```
 1                  UNITED STATES DISTRICT COURT

 2               FOR THE WESTERN DISTRICT OF TEXAS

 3                         EL PASO DIVISION

 4

 5

 6   UNITED STATES OF AMERICA )No. EP:19-CR-1019-LS-2

 7   vs.                      )El Paso, Texas

 8   ETHAN STURGIS DAY        )
                              )August 7, 2019
 9   _____

10

11   ----------------------------------------------------------

12                           DOCKET CALL

13            Before the Honorable Phillip R. Martinez

14                     United States District Judge

15   ----------------------------------------------------------
```

**FILED**
September 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Belinda Gamez_
DEPUTY

```
24      Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

```
 1 |                    A P P E A R A N C E S
 2 |
 3 | FOR THE GOVERNMENT:
 4 | UNITED STATES ATTORNEY'S OFFICE
 5 | BY:  MR. STANLEY SERWATKA
   | ----------------------------------
 6 | Assistant United States Attorneys
   | 700 E. San Antonio, Suite 200
 7 | El Paso, Texas 79901
 8 |
 9 |
10 | FOR DEFENDANT:
11 | BY:  MR. BROCK BENJAMIN
   | -----------------------------
12 | 1013 East San Antonio Avenue
   | El Paso, Texas 79901
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
```

Case 3:19-cr-01019-LS   Document 993   Filed 09/27/25   Page 3 of 5

3

```
 1              MR. VELEZ:  Cause No. EP:19-CR-1019, Leslie Robert
 2    Burk and Ethan Sturgis Day.
 3              MR. SERWATKA:  Good morning, Your Honor.  Stanley
 4    Serwatka on behalf of the United States.
 5              THE COURT:  Thank you.
 6              MR. HOLGUIN:  Good morning, Your Honor.  Edgar Holguin
 7    for Mr. Burk.
 8              MR. BENJAMIN:  Good morning, Your Honor.  Brock
 9    Benjamin on behalf of Mr. Day.
10              THE COURT:  Mr. Holguin?
11              MR. HOLGUIN:  We have been in discussion with Mr.
12    Serwatka and with regards to what is going on with the case.
13    We are awaiting additional discovery.  It is pretty voluminous,
14    and we are following up review of the discovery provided.  The
15    case has been designated as complex, and we are asking the
16    Court to consider passing this on to a docket call in the fall,
17    possibly November, at which point we would look at setting a
18    trial date at that point.
19              THE COURT:  For investigation and negotiation?
20              MR. HOLGUIN:  Yes, Your Honor.
21              THE COURT:  Mr. Benjamin, do you join in that?
22              MR. BENJAMIN:  Yes.
23              THE COURT:  Mr. Serwatka, no opposition?
24              MR. SERWATKA:  I do not.
25              THE COURT:  Granted, and time is excluded.  We'll
```

```
 1   schedule the docket call for November 6th, 2019.
 2
 3                        * * * * *
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          CERTIFICATION
                            _____
 2

 3        I certify that the foregoing is a correct transcript from

 4   the record of proceedings in the above-entitled matter.  I

 5   further certify that the transcript fees and format comply with

 6   those prescribed by the Court and the Judicial Conference of

 7   the United States.

 8

 9   Date:   August 15, 2025

10                                      /s/ Walter A. Chiriboga, Jr.
                                        _____
11                                      Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```