```
1                  UNITED STATES DISTRICT COURT

2                FOR THE WESTERN DISTRICT OF TEXAS

3                         EL PASO DIVISION

4

5

6    UNITED STATES OF AMERICA )No. EP:19-CR-1019-LS-2

7    vs.                      )El Paso, Texas

8    ETHAN STURGIS DAY        )
                              )November 6, 2019
9    _____

10

11   ----------------------------------------------------------------

12                            DOCKET CALL

13             Before the Honorable Phillip R. Martinez

14                     United States District Judge

15   ----------------------------------------------------------------
```

**FILED**
September 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Belinda Gamez
DEPUTY

```
24      Proceedings reported by stenotype.  Transcript produced by

25   computer-aided transcription.
```

```
 1                     A P P E A R A N C E S

 2

 3   FOR THE GOVERNMENT:

 4   UNITED STATES ATTORNEY'S OFFICE

 5   BY:  MR. STANLEY SERWATKA
     ----------------------------------
 6   Assistant United States Attorneys
     700 E. San Antonio, Suite 200
 7   El Paso, Texas 79901

 8

 9

10   FOR DEFENDANT:

11   BY:  MR. BROCK BENJAMIN
     -----------------------------
12   1013 East San Antonio Avenue
     El Paso, Texas 79901
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MR. VELEZ:  Cause No. EP:19-CR-1019, Leslie Robert
 2   Burk and Ethan Sturgis Day.
 3              THE COURT:  Good morning.  May I have announcements,
 4   please.
 5              MR. SERWATKA:  Good morning.  Stanley Serwatka on
 6   behalf of the United States.
 7              MR. HOLGUIN:  Good morning.  Edgar Holguin for Mr.
 8   Burk, ready.
 9              MR. BENJAMIN:  Good morning.  Brock Benjamin on behalf
10   of Ethan Sturgis Day.
11              THE COURT:  Mr. Holguin, what are you requesting at
12   this time?
13              MR. HOLGUIN:  We were informed by the filter team of
14   the United States Attorney's Office that there is a large
15   amount of additional discovery that will be sent to us.  I will
16   be requesting a continuance given the amount that has -- in
17   terms of the gigabytes that was told.  I was wondering if the
18   Court was willing to pass this for the January docket.  It will
19   give us time.
20              THE COURT:  I would be delighted to let you go to
21   February.  I understand the volume is more than substantial,
22   and I don't think either party is in a real hurry to do much on
23   this case given its complex designation and given the fact I
24   need to work with you, Mr. Benjamin, on that proposed budget.
25           The request for a pass is for investigation and
```

1  negotiation?
2          MR. HOLGUIN:  Investigation.
3          THE COURT:  February works for you, Mr. Holguin?
4          MR. HOLGUIN:  Yes.
5          THE COURT:  Mr. Benjamin, you join in that?
6          MR. BENJAMIN:  We join in the request.
7          THE COURT:  Mr. Serwatka, no objection?
8          MR. SERWATKA:  That's correct, Your Honor.
9          THE COURT:  At some point, is the discovery going to
10 end or is it a continuing?
11         MR. SERWATKA:  This should end the discovery.  It was
12 pursuant to a couple of search warrants, and it is voluminous
13 email.
14         THE COURT:  The Court will grant the request for a
15 pass for both cases.  The case has been designated as complex.
16 I will set the next docket call for February 11th, 2020, and it
17 will take place at 8 o'clock in this courtroom, and we'll
18 provide notice to you.  Thank you.
19
20                         * * * *
21
22
23
24
25

1                         CERTIFICATION
                         _____
2

3      I certify that the foregoing is a correct transcript from
4   the record of proceedings in the above-entitled matter.  I
5   further certify that the transcript fees and format comply with
6   those prescribed by the Court and the Judicial Conference of
7   the United States.

8

9   Date:   August 16, 2025
10                                    /s/ Walter A. Chiriboga, Jr.
                                      _____
11                                    Walter A. Chiriboga, Jr.