```
 1                    UNITED STATES DISTRICT COURT

 2                 FOR THE WESTERN DISTRICT OF TEXAS

 3                          EL PASO DIVISION

 4

 5

 6   UNITED STATES OF AMERICA  )No. EP:19-CR-1019-LS-2

 7   vs.                       )El Paso, Texas

 8   ETHAN STURGIS DAY         )
                               )February 3, 2021
 9   _____

10

11   ----------------------------------------------------------------

12                            DOCKET CALL

13            Before the Honorable Phillip R. Martinez

14                     United States District Judge

15   ----------------------------------------------------------------
```

**FILED**

September 27, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Belinda Gamez_____
                    DEPUTY

        Proceedings reported by stenotype.  Transcript produced by
   computer-aided transcription.

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE GOVERNMENT:

 4    UNITED STATES ATTORNEY'S OFFICE

 5    BY:  MR. JOHN JOHNSTON
      ----------------------------------
 6    Assistant United States Attorneys
      700 E. San Antonio, Suite 200
 7    El Paso, Texas 79901

 8

 9

10    FOR DEFENDANT:

11    BY:  MR. BROCK BENJAMIN
      -----------------------------
12    1013 East San Antonio Avenue
      El Paso, Texas 79901
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              MR. TRUJILLO:  Cause No. EP:19-CR-1019, Leslie Robert
 2   Burk and Ethan Sturgis Day.
 3              THE COURT:  Announcements, please.
 4              MR. JOHNSTON:  John Johnston on behalf of the United
 5   States, ready.
 6              THE COURT:  Thank you.
 7              MR. HOLGUIN:  Edgar Holguin for Leslie Robert Burk,
 8   ready.
 9              THE COURT:  Thank you.
10              MR. BENJAMIN:  Good morning.  Brock Benjamin on behalf
11   of Ethan Sturgis Day.
12              THE COURT:  Thank you.
13        Mr. Holguin, on behalf of Mr. Burk, what are you
14   requesting?
15              MR. HOLGUIN:  This is a case that is designated as
16   complex.  We have been requesting the jury trial in the past.
17   Given the complexity of the case, the number of witnesses, I
18   think until the courts are able to more definitively reopen
19   that we just have been requesting additional docket call dates.
20   It is what we will request at this hearing.
21              THE COURT:  Thank you.  With a pass until the next
22   scheduled docket call?
23              MR. HOLGUIN:  Yes, Your Honor, or possibly a docket
24   after that.
25              THE COURT:  Granted.  Time is excluded.  I'll look at
```

```
 1  the May date right now.
 2      Let me see what Brock Benjamin would like to request on
 3  behalf of Mr. Day?
 4          MR. BENJAMIN:  We join in that request on behalf of
 5  Mr. Day.  Honestly, if we could have May, I think Mr. Serwatka
 6  has probably about 30 witnesses and we have a note --
 7          THE COURT:  My guess is the trial of the case would
 8  take about two weeks; is that fair?
 9          MR. BENJAMIN:  I would say as fair as a guess, yes.
10  There's a couple of issues I asked Mr. Serwatka as far as
11  trying to pinpoint what he plans on doing.  I haven't quite
12  gotten the answer on those.
13          THE COURT:  The Court will grant the requested pass
14  for investigation.  Let's schedule a docket call for May 5th,
15  2021, at 8 o'clock a.m.  The time is excluded.  Hopefully, Mr.
16  Serwatka in the meantime will provide you with some more
17  specific information.
18          MR. BENJAMIN:  It may be what specifically I am asking
19  for.
20          THE COURT:  You can ask for anything.  Thank you both.
21  We are adjourned.
22
23                          * * * * *
24
25
```

```
 1                          CERTIFICATION
                            _____
 2

 3        I certify that the foregoing is a correct transcript from

 4   the record of proceedings in the above-entitled matter.  I

 5   further certify that the transcript fees and format comply with

 6   those prescribed by the Court and the Judicial Conference of

 7   the United States.

 8

 9   Date:   August 18, 2025

10                                   /s/ Walter A. Chiriboga, Jr.
                                     _____
11                                   Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```